UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HARTFORD FIRE INSURANCE
COMPANY, a foreign corporation,

CASE NO.: 4:18-cv-10276-KMM

    Plaintiff,

v.

NEW YORK MART GROUP, INC.,
a foreign corporation, IFRESH, INC.,
a foreign corporation, NEW SUNSHINE
GROUP, LLC, a Florida corporation,

    Defendants.
_____/

### HARTFORD FIRE INSURANCE COMPANY'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)

In accordance with *Federal Rule of Civil Procedure* 26(a)(1), and the *Scheduling Order* dated February 7, 2019 **[DE 28]**, Plaintiff, HARTFORD FIRE INSURANCE COMPANY ("HARTFORD"), hereby serves the following initial disclosures upon the Defendants, NEW YORK MART GROUP, INC., IFRESH, INC. and NEW SUNSHINE GROUP, LLC (collectively, the "INDEMNITORS"):

(A)     The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    1. **Leslie Reyes**
       **Hartford Fire Insurance Company**
       **c/o Etcheverry Harrison, LLP**
       **150 South Pine Island Road, Suite 105**
       **Fort Lauderdale, Florida 33334**

The witness' testimony may include, but not necessarily be limited to, the subjects of: (a) the terms and conditions of the *Supersedeas Bonds* issued by Hartford; (b) the terms and conditions of the *Indemnity Agreement*; and (c) the application for bonding and execution of the *Indemnity Agreement.*

CASE NO.: 4:18-cv-10276-KMM

**ETCHEVERRY HARRISON LLP**
Attorneys for HARTFORD
150 South Pine Island Road, Suite 105
Ft. Lauderdale, FL 33324
Phone: (954) 370-1681
Fax: (954) 370-1682
etcheverry@etchlaw.com
geller@etchlaw.com
service@etchlaw.com

By:  /s/ *Jeffrey S. Geller*
Edward Etcheverry, Fla. Bar No.: 856517
Jeffrey S. Geller, Fla. Bar No.: 63721

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 10th day of June 2019, we filed the foregoing with the Clerk of the Court through CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ *Jeffrey S. Geller*
Jeffrey S. Geller, Esq.