IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:18-cv-10276-KMM

HARTFORD FIRE INSURANCE
COMPANY, a foreign corporation,

     Plaintiff,

v.

NEW YORK MART GROUP, INC., a foreign
corporation, IFRESH, INC., a foreign
corporation, NEW SUNSHINE GROUP, LLC,
a Florida corporation,

     Defendants.

_____

**IFRESH, INC.'S RESPONSE TO**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant iFresh, Inc. ("iFresh") hereby files this memorandum in opposition to plaintiff

Hartford Fire Insurance Company's ("Plaintiff") Motion for Summary Judgment [D.E. 46], and

states as follows:

1.     Given the Court's Order on Motion to Strike Affirmative Defenses [D.E. 54], iFresh

hereby provides notice that it does not oppose the Motion and/or entry of judgment against iFresh.

2.     iFresh does not intend to file any memorandum in opposition to the Motion.

Dated: June 27, 2019.

DESOUZA LAW, P.A.
101 NE Third Avenue
Suite 1500
Fort Lauderdale, FL 33301
Telephone:  (954) 603-1340
DDesouza@desouzalaw.com

By: /s/ Daniel DeSouza, Esq.
Daniel DeSouza, Esq.
Florida Bar No.:  19291

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza

Daniel DeSouza

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340