UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:18-cv-10276-KMM

HARTFORD FIRE INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.

NEW YORK MART GROUP, INC.,
a foreign corporation, IFRESH, INC.,
a foreign corporation, NEW SUNSHINE
GROUP, LLC, a Florida corporation,

    Defendants.
_____/

## **REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff, HARTFORD FIRE INSURANCE COMPANY ("HARTFORD"), by and through its undersigned counsel and pursuant to applicable *Federal Rules of Civil Procedure* and S.D. LOCAL RULES, hereby files its *Reply in Support of Motion for Summary Judgment*, and states as follows:

1. On June 14, 2019, HARTFORD filed its *Motion for Summary Judgment and Incorporated Memorandum of Law* **[DE 46]**, accompanied by its *Statement of Undisputed Material Facts* **[DE 47]**, *Affidavit of Richard Levesque* **[DE 48]**, *Affidavit of Baya Whitman Harrison* **[DE 49]**, *Affidavit of Leslie Reyes* **[DE 50]**, *Affidavit of Arturo Ayala* **[DE 51]**, and *Affidavit of Attorneys' Fees and Costs* **[DE 52]** (collectively, the "*Summary Judgment Motion*").

2. Subsequent to the filing of the *Summary Judgment Motion*, the Court entered its *Order Granting Motion to Strike* **[DE 54]**, effectively eliminating the inappropriate legal defenses raised by Defendant, IFRESH, INC. ("iFRESH").

3.     The parties have engaged in discussions concerning the pendency of the litigation and proceeding forward, and are in agreement that iFRESH has no viable defenses to the *Summary Judgment Motion.*

4.     The parties are further in agreement that it would be a significant waste of time and economic resources to continue with the litigation of the instant claims, including the parties travel to and participation at the upcoming court-ordered mediation scheduled for July 9, 2019, as well as the four (4) scheduled deposition of: (a) Long Deng on July 17th in Manhattan, New York; (b) Baya Harrison on July 18th in Queens, New York; (c) Steven Pan on July 23rd in Coral Springs Florida; and (d) Arturo Ayala on July 25th in Costa Mesa, California.

5.     As a result, on June 27, 2019, iFRESH filed its *Response to Plaintiff's Motion for Summary Judgment* **[DE 56]**, acknowledging that "iFRESH does not oppose the Motion and/or entry of judgment against iFRESH" and "iFRESH does not intend to file any memorandum in opposition to the Motion."

6.     As such, HARTFORD files the instant *Reply* to close-out the time for the Court's consideration of the *Summary Judgment Motion* in the hopes that the Court will timely enter a *Final Summary Judgment* in favor of HARTFORD and against iFRESH so that the parties can avoid the unnecessary expenditure of time and monies associated with the upcoming mediation and discovery proceedings.

WHEREFORE, HARTFORD respectfully requests that this Honorable Court granting Plaintiff's *Motion for Summary Judgment and Incorporated Memorandum of Law* **[DE 46]**, enter *Default Final Judgment* against the remaining Defendants, NEW YORK MART GROUP, INC. and NEW SUNSHINE GROUP, LLC in accordance with the previously filed *Motion for Entry of Default Final Judgment* **[DE 24]**, the entry of which was denied by the Court pending only the

CASE NO.: 4:18-cv-10276-KMM

entry of a judgment against the Co-Defendant iFRESH **[DE 25]**, and awarding HARTFORD such other and further relief as this Court deems necessary, just and proper.

**ETCHEVERRY HARRISON LLP**
Attorneys for HARTFORD
150 South Pine Island Road, Suite 105
Ft. Lauderdale, FL 33324
Phone: (954) 370-1681
Fax: (954) 370-1682
etcheverry@etchlaw.com
geller@etchlaw.com
service@etchlaw.com

By: */s/ Jeffrey S. Geller*
Edward Etcheverry, Fla. Bar No.: 856517
Jeffrey S. Geller, Fla. Bar No.: 63721

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 27th day of June 2019, we filed the foregoing with the Clerk of the Court through CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jeffrey S. Geller*
Jeffrey S. Geller, Fla. Bar No.: 63721